**1**

**UNITED STATES ex rel. Max MAIROVITZ, Relator-Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent-Appellee.**

(Circuit Court of Appeals, Second Circuit. June 17, 1926.)

No. 407.

Appeal from the District Court of the United States for the Southern District of New York.

Appeal from order discharging a writ of habeas corpus entered in the District Court for the Southern District of New York.

James C. Thomas, of New York City, for appellant.

Emory R. Buckner, U. S. Atty., of New York City (Nathan R. Margold, Asst. U. S. Atty., of New York City, of counsel), opposed.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Order affirmed, without thereby holding or intimating that application for release cannot be made later.

---

**2**

**UNITED STATES ex rel. Rachael SLAK-MANIENE and Another, Relators-Appellants, v. Henry H. CURRAN, as Commissioner, etc., Respondent-Appellee.**

(Circuit Court of Appeals, Second Circuit. May 19, 1926.)

No. 359.

Appeal from the District Court of the United States for the Southern District of New York.

John M. Lyons, of New York City, for appellants.

Emory R. Buckner, U. S. Atty. (N. R. Margold, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

**3**

**UNITED STATES FIDELITY & GUARANTY COMPANY, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fourth Circuit. June 8, 1926.)

No. 2369.

In Error to the District Court of the United States for the District of Maryland, at Baltimore; Morris A. Soper, Judge.

L. B. Keene Claggett, of Baltimore, Md. (Edgar Allan Poe and Bartlett, Poe & Claggett, all of Baltimore, Md., on the brief), for plaintiff in error.

George Ross Veazey, of Baltimore, Md. (Vernon Cook, of Baltimore, Md., on the brief), for Fidelity & Casualty Co., of New York, by permission of the Court.

A. W. W. Woodcock, U. S. Atty., and Morton P. Fisher, Asst. U. S. Atty., both of Baltimore, Md.

Before WOODS, WADDILL, and ROSE, Circuit Judges.

ROSE, Circuit Judge. The bond in suit in this case was that given by one holding a permit to sell distilled spirits and wines for other than beverage purposes. It was on form No. 1408. In the court below, the learned District Judge ruled that the government was entitled to recover the full penalty of the bond without proving anything other than the violation of the condition. Very recently the Supreme Court has held otherwise, in the case of the United States v. Zerbey and the National Surety Co., 46 S. Ct. 532, 70 L. Ed. —, decided May 24, 1926.

Reversed.

Judge WOODS died shortly after the argument before us.